```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JAMES "JIM" ADAMS, JR.
 6
```

 7                IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,       )
                                    )   Cr.S. 08-418-GEB
11              Plaintiff,          )
                                    )   **STIPULATION AND ORDER**
12        v.                        )
                                    )
13  JAMES "JIM" ADAMS, JR.,         )   DATE: December 5, 2008
                                    )   TIME: 9:00 a.m.
14              Defendant.          )   JUDGE: Hon. Garland E. Burrell
                                    )
15  _____       )

16

17

18       It is hereby stipulated and agreed to between the United States of

19  America through RUSSELL CARLBERG, Assistant U.S. Attorney, and

20  defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S.

21  WAKS, Supervising Assistant Federal Defender, that the status

22  conference set for Friday, October 17, 2008 be continued to Friday,

23  December 5, 2008 at 9:00 a.m.  This continuance is being requested

24  because defense counsel needs additional time to prepare, to review

25  discovery, and to interview witnesses.

26  / / /

27  / / /

28  / / /

1     Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for December 5, 2008,
3  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4  prepare] (Local Code T4).

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

7  DATED: October 16, 2008          /S/ Dennis S. Waks
                                    ─────────────────────────────────
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES "JIM" ADAMS, JR.


                                    McGREGOR W. SCOTT
                                    United States Attorney

13 DATED: October 16, 2008          /s/ Dennis S. Waks for
                                    ─────────────────────────────────
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney


                                    O R D E R

        IT IS SO ORDERED.

Dated:  October 16, 2008
                                    ─────────────────────────────────
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge