DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES "JIM" ADAMS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                         )<br>            Plaintiff, )<br>                         )<br>        v.               )<br>                         )<br>JAMES "JIM" ADAMS, JR.,  )<br>                         )<br>            Defendant.   )<br>                         )<br>_____) | Cr.S. 08-418-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 16, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, December 5, 2008, be continued to Friday, January 16, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

/ / /

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 16, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED: December 3, 2008    /S/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JAMES "JIM" ADAMS, JR.

McGREGOR W. SCOTT
United States Attorney

DATED: December 3, 2008    /s/ Dennis S. Waks for

RUSSELL CARLBERG
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: December 8, 2008

GARLAND E. BURRELL, JR.
United States District Judge