1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JAMES "JIM" ADAMS, JR.
6

7                 IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )
                                 )   Cr.S. 08-418-GEB
11             Plaintiff,        )
                                 )   **STIPULATION AND ORDER**
12       v.                      )
                                 )
13 JAMES "JIM" ADAMS, JR.,       )   DATE: February 27, 2009
                                 )   TIME: 9:00 a.m.
14             Defendant.        )   JUDGE: Hon. Garland E. Burrell
                                 )
15 _____     )

16

17

18      It is hereby stipulated and agreed to between the United States of

19 America through RUSSELL CARLBERG, Assistant U.S. Attorney, and

20 defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S.

21 WAKS, Supervising Assistant Federal Defender, that the status

22 conference set for Friday, January 16, 2009, be continued to Friday,

23 February 27, 2009 at 9:00 a.m.  This continuance is being requested

24 because defense counsel needs additional time to prepare, to review

25 discovery, and to interview witnesses.

26 / / /

27 / / /

28 / / /

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for February 27, 2009,
3 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: January 15, 2009             /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES "JIM" ADAMS, JR.


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


DATED: January 15, 2009             /s/ Dennis S. Waks for
                                    _____
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney


                       _____O R D E R

         IT IS SO ORDERED.
Dated:  January 16, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```