```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES "JIM" ADAMS, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-418-GEB |
|                 Plaintiff, ) | **STIPULATION AND ORDER** |
|   v.  ) | |
| JAMES "JIM" ADAMS, JR., ) | DATE: April 10, 2009 |
|                 Defendant. ) | TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, February 27, 2009, be continued to Friday, April 10, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

/ / /

/ / /

/ / /

/ / /

1     Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for April 10, 2009,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare]
4  (Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: February 25, 2009            /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES "JIM" ADAMS, JR.


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


DATED: February 25, 2009            /s/ Dennis S. Waks for
                                    _____
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney


                      _____O R D E R

          IT IS SO ORDERED.
Dated:  February 26, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

**2**