```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JAMES "JIM" ADAMS, JR.
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-418-GEB |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| JAMES "JIM" ADAMS, JR., ) | DATE: May 15, 2009 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, April 10, 2009, be continued to Friday, May 15, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

/ / /

/ / /

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 15, 2009, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED: April 9, 2009          /S/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JAMES "JIM" ADAMS, JR.

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 9, 2009          /s/ Dennis S. Waks for

RUSSELL CARLBERG
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: April 16, 2009

GARLAND E. BURRELL, JR.
United States District Judge