```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JAMES "JIM" ADAMS, JR.
 6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-418-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| JAMES "JIM" ADAMS, JR., ) | DATE: June 5, 2009 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Garland E. Burrell |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, May 15, 2009, be continued to Friday, June 5, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

/ / /

/ / /

/ / /

/ / /

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for June 5, 2009,
3  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
4  (Local Code T4).

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED: May 14, 2009        /S/ Dennis S. Waks
                           _____
                           DENNIS S. WAKS
                           Supervising Assistant Federal Defender
                           Attorney for Defendant
                           JAMES "JIM" ADAMS, JR.

                           LAWRENCE G. BROWN
                           Acting United States Attorney

DATED: May 14, 2009        /s/ Dennis S. Waks for
                           _____
                           RUSSELL CARLBERG
                           Assistant U.S. Attorney

_____O R D E R

IT IS SO ORDERED.

Dated: May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge