DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES "JIM" ADAMS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )  Plaintiff, ) ) v. ) ) JAMES "JIM" ADAMS, JR., ) )  Defendant. ) ) _____ ) | Cr.S. 08-418-GEB  **STIPULATION AND ORDER**  DATE: July 10, 2009 TIME: 9:00 a.m. JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, June 5, 2009, be continued to a status conference/change of plea hearing on Friday, July 10, 2009 at 9:00 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Furthermore, the parties are in the middle of negotiations and need additional time to attempt to achieve a reasonable disposition.

/ / /

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference/change of plea hearing set
3 for July 10, 2009, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv)
4 [reasonable time to prepare] (Local Code T4).

```
                                Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

DATED: June 2, 2009             /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                JAMES "JIM" ADAMS, JR.


                                LAWRENCE G. BROWN
                                Acting United States Attorney


DATED: June 2, 2009             /s/ Dennis S. Waks for
                                _____
                                RUSSELL CARLBERG
                                Assistant U.S. Attorney


                     _____O R D E R

        IT IS SO ORDERED.

Dated:  June 5, 2009
```