1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    JAMES "JIM" ADAMS, JR.

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )
                                   )    Cr.S. 08-418-GEB
11                  Plaintiff,     )
                                   )    **STIPULATION AND ORDER**
12            v.                   )
                                   )
13  JAMES "JIM" ADAMS, JR.,        )    DATE:  July 31, 2009
                                   )    TIME:  9:00 a.m.
14                  Defendant.     )    JUDGE: Hon. Garland E. Burrell
                                   )
15  _____   )

16

17       It is hereby stipulated and agreed to between the United States of

18  America through RUSSELL CARLBERG, Assistant U.S. Attorney, and

19  defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S.

20  WAKS, Supervising Assistant Federal Defender, that the status

21  conference set for Friday, July 10, 2009, be continued to a status

22  conference/change of plea hearing on Friday, July 31, 2009 at 9:00 a.m.

23  This continuance is being requested because defense counsel needs

24  additional time to prepare, to review discovery, and to interview

25  witnesses.  Furthermore, the parties are in the middle of negotiations

26  and need additional time to attempt to achieve a reasonable

27  disposition.

28  / / /

1    Speedy trial time is to be excluded from the date of this order

2   through the date of the status conference/change of plea hearing set

3   for July 31, 2009, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv)

4   [reasonable time to prepare] (Local Code T4).

5                                    Respectfully submitted,
                                     DANIEL J. BRODERICK
6                                    Federal Defender

7   DATED: July 7, 2009              /S/ Dennis S. Waks
                                     _____
8                                    DENNIS S. WAKS
                                     Supervising Assistant Federal Defender
9                                    Attorney for Defendant
                                     JAMES "JIM" ADAMS, JR.
10

11                                   LAWRENCE G. BROWN
                                     Acting United States Attorney
12

13  DATED: July 7, 2009              /s/ Dennis S. Waks for
                                     _____
14                                   RUSSELL CARLBERG
                                     Assistant U.S. Attorney
15

16  _____ O R D E R

17

           IT IS SO ORDERED.
18

19  Dated:  July 9, 2009

20

21  _____
    GARLAND E. BURRELL, JR.
    United States District Judge
22

23

24

25

26

27

28

**2**