DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES "JIM" ADAMS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-418-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: September 11, 2009 |
| JAMES "JIM" ADAMS, JR., ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Garland E. Burrell |
| Defendant. ) | |
| ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through RUSSELL L. CARLBERG, Assistant U.S. Attorney, and defendant, JAMES "JIM" ADAMS, JR. by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, August 21, 2009, be continued to a status conference hearing on Friday, September 11, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. Furthermore, the parties are in the middle of negotiations and need additional time to attempt to achieve a reasonable disposition.
/ / /
   Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference hearing set for September 11,
2  2009, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to
3  prepare] (Local Code T4).

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: August 21, 2009              /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES "JIM" ADAMS, JR.


                                    LAWRENCE G. BROWN
                                    United States Attorney

DATED: August 21, 2009              /s/ Dennis S. Waks for
                                    _____
                                    RUSSELL L. CARLBERG
                                    Assistant U.S. Attorney

                        _____O R D E R

           IT IS SO ORDERED.

Dated:  August 24, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

**2**